UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR WARD, ) | Case No. CV 09-8235-DSF PJW) |
| Petitioner, ) | |
| ) | ORDER DISMISSING PETITION |
| v. ) | |
| ) | |
| LINDA SANDERS, ) | |
| ) | |
| Respondent. ) | |

Before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket No. 1.) In it, Petitioner seeks an order requiring the Bureau of Prisons to lower his custody classification. (Petition at 13.) For the following reasons, the Petition is dismissed with prejudice.

Petitioner is a federal prisoner, currently housed at Lompoc. (Petition at 1.) He claims that he cannot obtain a lower custody classification from the Bureau of Prisons because he has an arrest for domestic violence. (Petition at 3 and 13.) Even assuming that this is true, Petitioner's claim does not raise a constitutional issue because there is no constitutional right to a particular security classification. *Moody v. Daggett*, 429 U.S. 78, 88 n.9 (1976) ("The same is true of prisoner classification and eligibility for

rehabilitative programs in the federal system.  Congress has given federal prison officials full discretion to control these conditions of confinement, 18 U.S.C. § 4081, and petitioner has no legitimate statutory or constitutional entitlement sufficient to invoke due process."); *Lopez v. Cate*, 2009 WL 4403310, at *1 (C.D. Cal. Nov. 29, 2009) ("Although 'habeas jurisdiction is proper where a challenge to prison conditions would, if successful, necessarily accelerate the prisoner's release[,]' *Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003), *cert. denied*, 541 U.S. 1063, 124 S.Ct. 2388, 158 L.Ed.2d 963 (2004), even if petitioner could successfully lower his prison classification score, it would not necessarily accelerate his release from prison; thus, petitioner's challenge to his classification is not properly brought in a habeas corpus proceeding."). Accordingly, the Petition is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  12/21/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesFFF692\Ward Ord_dismissing.classification.wpd