```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

OMAR WARD,                         )  CASE NO. CV 09-8235-DSF (PJW)
                                   )
             Petitioner,           )
                                   )  J U D G M E N T
         v.                        )
                                   )
LINDA SANDERS,                     )
                                   )
             Respondent.           )
                                   )
```

     For the reasons set forth in the Order filed this date, it is hereby adjudged and decreed that the Petition is denied and the action is dismissed with prejudice.

                 12/21/09
     DATED:    _____.

                                   *[signature: Dale S. Fischer]*
                                   _____
                                   DALE S. FISCHER
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Ward Judgment.wpd